396 A.2d 854

Commonwealth ex rel. Meyer, Appellant, v. Meyer.

Submitted June 27, 1978. John E. Feather, Jr., for appellant; David J. Brightbill, for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.